IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DEREK RAY ANCALADE**                                            **PETITIONER**

v.                                                              CAUSE NO. 1:12-CV-131-LG-JMR

**STATE OF MISSISSIPPI**                                          **RESPONDENT**

### FINAL JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendations [6] entered by Chief United States Magistrate Judge John M. Roper, Sr., the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendations, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Proposed Findings of Fact and Recommendation [6] entered by Chief United States Magistrate Judge John M. Roper, Sr., be, and the same hereby is, adopted as the finding of this Court. The petitioner's cause of action is hereby **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 4th day of October, 2012.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE